RIVERA, PETICIONARIO Y APELANTE, *v.* EL PUEBLO, OPOSITOR Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Ponce en un recurso de *habeas corpus.*

No. 1228.—Resuelto en marzo 1, 1918.

HABEAS CORPUS—CERTIORARI—RECURSOS DISTINTOS EN SU NATURALEZA.—El recurso de *certiorari* y el de *habeas corpus* son distintos en su naturaleza, en sus procedimientos y en los fines que por ellos se persiguen, como lo demuestra la simple lectura de las disposiciones que los regulan. El auto de *habeas corpus* tiene por único fin libertar al peticionario que está sufriendo prisión ilegal y nunca puede hacer las veces de un recurso de *certiorari.* Por lo que una corte no está facultada para desnaturalizar el remedio de *habeas corpus* sacándolo de su propia esfera para darle carácter de *certiorari* y hacerlo surtir los efectos de éste.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. C. del Toro Fernández.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Ante la Corte de Distrito de Ponce Delfín Rivera, preso en la cárcel municipal de Yauco, presentó solicitud de *habeas corpus* para obtener su libertad por el fundamento de que estaba ilegalmente privado de ella con motivo de sentencia que dictó la corte municipal de dicho pueblo condenándolo por delito de acometimiento y agresión con circunstancias agravantes al pago de $60 de multa o a sufrir un día de prisión por cada dólar que dejara de satisfacer, a pesar de haber reclamado el derecho de ser juzgado por un jurado de acuerdo con la Enmienda Sexta a la Constitución de los Estados Unidos.

Expedido el auto de *habeas corpus* y tramitado en la forma correspondiente, la corte de Ponce dictó resolución en 14 de noviembre del año próximo pasado resolviéndolo como recurso de *certiorari* y anulando todos los procedimientos habidos en la Corte Municipal de Yauco desde la orden dictada por el juez

de dicha corte denegando el derecho del acusado a ser juzgado por un jurado, y ordenó que el acusado fuera puesto inmediatamente en libertad en lo que se refiere al cumplimiento de la sentencia dictada por la expresada corte municipal, si no estuviera preso por otro motivo, y quedando subsistente cualquier fianza provisional prestada por el acusado al iniciarse el procedimiento y antes de dictarse la sentencia.

Esa resolución ha sido apelada para ante esta Corte Suprema.

El recurso de *certiorari* y el de *habeas corpus* son distintos en su naturaleza, en sus procedimientos y en los fines que por ellos se persiguen, como lo demuestra la simple lectura de las disposiciones que los regulan. El auto de *habeas corpus* tiene por único fin libertar al peticionario que está sufriendo prisión ilegal y nunca puede hacer las veces de un recurso de *certiorari*.

La Corte de Distrito de Ponce estaba en el deber de resolver la cuestión legal sometida a su decisión, y no estaba facultada para desnaturalizar el remedio de *habeas corpus* sacándolo de su propia esfera para darle carácter de *certiorari* y hacerlo surtir los efectos de éste.

Es de revocarse la resolución apelada, debiendo el juez dictar la que estime procedente sobre la solicitud de *habeas corpus* sometida a su consideración.

> *Revocada la resolución apelada, debiendo el juez dictar la que estime procedente sobre la solicitud de* habeas corpus *sometida a su consideración.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.